■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. NICHOLAS KAMISAROFF, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion for assignment of counsel denied.

■ (A) In the Matter of the Claim of HARRY I. BRAWER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (B) BERTHA F. BANGS, Appellant, v. EDWARD DE GROFF, JR., et al., Defendants, and ABRAHAM STREIFER, Respondent. (C) BERTHA F. BANGS, Appellant, v. ARTHUR MALIAN, Also Known as ARDASHES MALIAN, et al., Defendants, and ABRAHAM STREIFER, Respondent.— [In each action] Time to perfect appeals extended to February 5, 1962.

## (November 30, 1961)

■ DAVID S. SHERIDAN et al., Respondents, v. DIRCK J. OLTON et al., Appellants.— The depositions of the respective parties will proceed before the officer named, at the place specified and in the sequence provided by the order appealed from on December 5, 1961 at 10:00 A.M. and shall continue on the succeeding days until completed. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

## FOURTH DEPARTMENT, NOVEMBER, 1961

## (November 30, 1961)

■ VIRGINIA HAYNOS, as Administratrix of the Estate of STELLA PARWULSKI, Deceased, Respondent, v. CLARA KRUPCZYK, Appellant.—

Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.